UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

OU LUANG SAELEE,

Petitioner,

v.                                                            No. 1:26-CV-00105-H

WARDEN, BLUEBONNET
DETENTION CENTER,

Respondent.

## ORDER

Petitioner filed a motion that the Court interprets as a motion for default judgment. Dkt. No. 9. As explained below, the Court denies the motion.

Petitioner alleges that the Respondent failed to respond to his petition on time and asks the Court to review and rule on his habeas petition under 28 U.S.C. § 2243—presumably in his favor. But the record shows that Respondent timely filed an answer on April 1, 2026. *See* Dkt. No. 7. However, according to the certificate of service attached, Respondent failed to serve Petitioner at the correct address—that is the Bluebonnet Detention Center, where Petitioner has been detained since filing this petition—and instead mailed the answer to the Eden Detention Center. *Id.* at 8. To avoid further delays in the disposition of this case, the Court orders the Clerk to send Petitioner a courtesy copy of the response and appendix in support, Dkt. Nos. 7, 8, at the Bluebonnet Detention Center, along with a copy of this order. **Petitioner's reply to the response is now due 20 days from the date of this order.**

Finally, even if Respondent's answer were untimely—which it was not—default judgment is not appropriate in a habeas proceeding because the failure of a respondent to

file a timely answer does not nullify a lawful confinement.  *See, e.g.*, *Broussard v. Lippman*, 643 F.2d 1131, 1134 (5th Cir. 1981).  So even if the Respondent had failed to respond, Petitioner would not be entitled to default judgment.  Thus, the motion for default judgment is denied.

So ordered on April ⎽⎽, 2026.

⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE