UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

OU LUANG SAELEE,

               Petitioner,

v.                                                          No.  1:26-CV-00105-H

WARDEN, BLUEBONNET
DETENTION CENTER,

               Respondent.

## ORDER

Petitioner Ou Luang Saelee, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention in the Bluebonnet Detention Center pending his removal proceedings.  He seeks release from detention.

Respondent filed a response along with relevant records, urging the Court to deny the petition.  Dkt. Nos. 7, 8.  Respondent contends that Petitioner's detention does not violate the Due Process Clause as applied in *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001), because he is subject to a valid and administratively final order of removal, and his present detention is reasonably related to the purpose of effectuating removal.  So, he is lawfully detained under Section 1231.  Moreover, Respondent asserts that immigration officials are optimistic about their ability to remove Petitioner in accordance with the removal order upon the finalization of travel documents to Laos.  Thus, there is a significant likelihood that removal can be effectuated in the reasonably foreseeable future.  Petitioner filed a reply. The Court has reviewed Petitioner's pleadings and Respondent's response with the attached records.

Based upon the facts and the law set forth in Respondent's response and supported by the relevant records, the Court finds that Petitioner is not entitled to federal habeas relief. Additionally, the Court finds that Petitioner's claims are moot because the online detainee locator system maintained by the United States Immigration and Customs Enforcement (ICE) indicates that Petitioner is no longer in ICE custody.[1] Thus, the petition must be denied and dismissed for lack of jurisdiction as moot.

So ordered.

The Court will enter judgment accordingly.

Dated May 8, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge

---

[1] https://locator.ice.gov/odls/#/results (last checked May 7, 2026).